**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| VS. | **NO. 5: 05-PO-11-05 (CWH)** |
| | **VIOLATION: Simple Assault** |
| **EDWARD OGLESBY,** | |
| **Defendant** | |

### O R D E R

Defendant EDWARD OGLESBY, having heretofore entered a plea of NOT GUILTY to the offense of SIMPLE ASSAULT, alleged to have been committed at Robins Air Force Base, Georgia, on or about September 1, 2005, a violation of 18 U.S.C. §113(a)(5), and having this day been found NOT GUILTY after a NON-JURY TRIAL before the undersigned,

IT IS HEREBY ORDERED that said defendant be, and he is, ACQUITTED and DISCHARGED as to said charge. LET JUDGMENT ENTER ACCORDINGLY.

SO ORDERED AND DIRECTED, this 15th day of February, 2006.



**CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE**